UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ANNE MARIE DEMARCO f/k/a ANNE MARIE LOWERY,

                              Plaintiff,

-against-

ANDY ARVANS RESTAURANT CORP. d/b/a/ SWEET HOLLOW DINER, ANDY ARVANS, an individual, and CHRISTOPHER ARVANS, an individual,

                              Defendant.

-------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 10 2017 ★
LONG ISLAND OFFICE

CASE NO. 16 CIV. 475

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, ANNE MARIE DEMARCO f/k/a MARIE LOWERY, and Defendants, ANDY ARVANS RESTAURANT COPR. d/b/a/ SWEET HOLLOW DINER, ANDY ARVANS, an individual, and CHRISTOPHER ARVANS, an individual, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party and that dismissal hereof constitutes a general release of any and all claims that Plaintiff may have.

SHULMAN KESSLER LLP
*ATTORNEYS FOR PLAINTIFF*
534 Broadhollow Road, Suite 275
Mellville, New York 11747
(631) 499-9100

By: _____
Troy L. Kessler, Esq.

Dated: Jan. 3, 2017

Brendan Chao, Attorney & Counsellor at Law
*ATTORNEYS FOR DEFENDANTS*
50 Merrick Road
Rockville Centre, NY 11570
(516) 466-2033

By: _____
Brendan Chao, Esq.

Dated: 1/3/2017

The Clerk of the Court shall close the case.

SO ORDERED on this 10th day of January, 2017,

Joseph Bianco